JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COATES, | Case No. SACV09-259 DOC (ANx) |
| Plaintiff, | |
| vs. | **ORDER DISMISSING ACTON WITH PREJUDICE** |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, and DOES 1 through 10, inclusive, | |
| Defendants. | Complaint Filed: December 18, 2008 |

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed with prejudice as to all defendants. Each party shall bear its own fees and costs.

DATED: January 5, 2009

_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

c:\temp\notesfff692\~0130403.doc